# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>CLIFTON PAPE<br><br>SALLY JUNG<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     5:21-MJ-_7_<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
Beginning in or before <u>June 2020 and continuing to today</u> in the county of <u>Bowie and elsewhere</u> in the <u>Eastern</u> District of <u>Texas and elsewhere</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1031 | Major fraud against the United States |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Appearing by Phone
*Complainant's signature*

USSS SA William Mack
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone.

Date: 1/12/2021

*Judge's signature*

City and state: Texarkana, Texas      Caroline M. Craven United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 5:21-MJ-_7_ |
| | § | JUDGE SCHROEDER |
| CLIFTON PAPE | § | |
| SALLY JUNG | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION: 18 U.S.C. § 1031
(Major fraud against the United States)

PENALTY: Imprisonment for not more than ten years; a fine not to exceed $1,000,000; a term of supervised release of not more than three years. If the gross loss to the Government or the gross gain to a defendant is $500,000, then a not to exceed $5,000,000.

SPECIAL ASSESSMENT: $100.00

**SIGNED this 12th day of January, 2021.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE