**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 5:21-mj-7** |
| | § | |
| **CLIFTON PAPE (1)** | § | |

## ORDER

The Court held an initial appearance on a Complaint on January 20, 2021. At the hearing, Defendant waived his right to a preliminary hearing. Based on Defendant's executed waiver, the Court finds there is probable cause to believe that the allegations have been committed.

**SIGNED this 20th day of January, 2021.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE